James Richard **ROGERS**, Appellant, v. The STATE of Texas, Appellee.

No. 20587.

Court of Criminal Appeals of Texas.

June 23, 1939.

Appeal from Criminal District Court, Tarrant County; Willis M. McGregor, Judge.

W. R. Parker, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**KRUEGER, Judge.**

The conviction is for robbery. Punishment assessed is confinement in the state penitentiary for a term of seven years.

The appellant has filed an affidavit to dismiss this appeal, duly verified as required by law. The motion is granted as prayed for and the appeal is dismissed.

**PER CURIAM.**

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

James Richard **ROGERS**, Appellant, v. The STATE of Texas, Appellee.

No. 20588.

Court of Criminal Appeals of Texas.

June 23, 1939.

W. R. Parker, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**HAWKINS, Judge.**

Conviction is for robbery, punishment being five years in the penitentiary.

Appellant has filed his affidavit advising this court that he does not desire further to prosecute his appeal.

At his request said appeal is dismissed.

James Richard **ROGERS**, Appellant, v. The STATE of Texas, Appellee.

No. 20589.

Court of Criminal Appeals of Texas.

June 23, 1939.

W. R. Parker, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**HAWKINS, Judge.**

Conviction is for robbery, punishment assessed being five years in the penitentiary.

Appellant has filed his affidavit advising this court that he does not desire further to prosecute his appeal.

At his request the appeal is dismissed.

**AMERICAN STANDARD INS. CO.,** Appellant, v. J. W. **SMITH,** Appellee.

No. 10532.

Court of Civil Appeals of Texas.

San Antonio.

May 24, 1939.

Rehearing Denied July 5, 1939.

P. M. Tillotson, of Pearsall, and Geo. L. Robertson, of Fort Worth, for appellant.

Magus F. Smith, of Pearsall, for appellee.

**PER CURIAM.**

Affirmed without written opinion. Associated Indemnity Corporation et al. v. J. M. Gatling, Tex.Civ.App., 75 S.W.2d 294.